# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 26-2017 |
| KOMILJON TOIROV | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>the United States of America</u>

certifies[1] as follows:

☐   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

✓   There is no information to disclose pursuant to Fed. R. App. P. 26.1.


<u>March 5, 2026</u>
Date

<u>s\ *Emil J. Kiehne*</u>
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

 ✓ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

 ☐ On _____ I sent a copy of this Disclosure Statement
       [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

March 5, 2026
Date

*s\ Emil J. Kiehne*
Signature