# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
## No. 26-2017

UNITED STATES OF AMERICA,

     Appellant-Plaintiff,

vs.

KOMILJON TOIROV,

     Appellee-Defendant.

## **MOTION TO REAPPOINT FPD ON APPEAL**

Appellee, Komiljon Toirov, by and through his attorney of record, Amanda Skinner, Assistant Federal Public Defender, moves this Court to reappoint counsel for this appeal. As grounds, counsel states:

1. The United States District Court for the District of New Mexico found Mr. Toirov indigent and appointed the Office of the Federal Public Defender to represent him in the district court pursuant to 18 U.S.C. § 3006A. (USDC Cr. No. 25-1801 SMD, Doc. #3).

2. This is a direct appeal of the Order Dismissing Counts 2 & 3 entered on January 21, 2026. A Notice of Appeal was filed by the government on February 18, 2026**.**

3. Undersigned counsel is a member in good standing of the bar of this court.

4. A copy of this motion has been mailed to Mr. Toirov at his current place of incarceration.

WHEREFORE, Komiljon Toirov, respectfully requests this Court to reappoint undersigned counsel to represent him on appeal and for such other and further relief as the court deems proper.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
506 South Main Street, Suite 400
Las Cruces, NM  88001
(575)527-6930
(575)527-6933 Fax
amanda_skinner@fd.org

*/s/ Amanda Skinner*
Amanda Skinner
Attorney for Appellee, Komiljon Toirov