UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 12, 2026

Ms. Amanda Skinner
Office of the Federal Public Defender
District of New Mexico
506 South Main Street, Suite 400
Las Cruces, NM 88001

**RE:** **26-2017, United States v. Toirov**
Dist/Ag docket: 2:25-CR-01801-SMD-1

Dear Counsel:

You have been appointed as counsel for appellee pursuant to the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Grant Gardner
       Jackson Kemper Dering
       Emil John Kiehne
       Darren Robinson

CMW/jm