UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

UNITED STATES OF AMERICA,
        Plaintiff-Appellant,

v.                                       No.   26-2017

KOMILJON TOIROV,
        Defendant-Appellee.

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Under 10th Cir. R. 27.5, Appellant, the United States of America respectfully requests a 30-day extension of time, or until Tuesday, July 7, 2026, to file its answer brief. The reasons for this motion are as follows:

1. The United States's opening brief is presently due Monday, June 8, 2026. The United States has not previously obtained any extensions of time in this matter.

2. This case is assigned to Assistant United States Attorney Emil Kiehne. Despite the exercise of due diligence, AUSA Kiehne will need additional time to adequately research and draft the government's opening brief. AUSA Kiehne's other professional responsibilities since April 30, 2026 (the date the record was filed and the deadline for the opening brief set) have impeded preparation of the answer brief by the deadline:

a.     Counsel met with his superiors to discuss his findings and recommendations in a confidential project.

b.     Counsel has spent time conducting research for a second confidential project.

c.     Counsel reviewed materials and participated in moot courts during the first week of May to help colleagues prepare for oral argument before this Court in *United States v. Morton*, Tenth Cir. No. 24-2039, and in *Charley v. United States*, Tenth Cir. No. 25-2052.

d.     Counsel was out of state on May 4-6, 2026, to attend the Fifth Circuit Judicial Conference in Texas.

e.     Counsel was out of state in Texas on annual leave from May 15 until May 21, 2026, to attend his son's college graduation and to attend a friend's wedding.

f.     Counsel has reviewed the record and is presently drafting the government's answer brief in *United States v. Camacho*, Tenth Cir. No. 25-2121. Although the government's brief is due on June 12, 2026, the government has already obtained two extensions of time and has thus assigned that brief a higher priority.

g.     Counsel is also assigned to draft the government's answer brief in *United States v. Barraza-Ramirez*, Tenth Cir. 25-2147, which is due

on June 10, 2026. The government has already obtained one extension of time and will almost certainly seek a second one.

3.	Defendant is not in detention but is being supervised by Immigration and Customs Enforcement.

4.	Amanda Skinner, attorney for Defendant/Appellee, has informed the United States that Defendant does not oppose this motion.

For the foregoing reasons, the United States respectfully requests that this Court extend the time by which it must file its opening brief for 30 days, or until July 7, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant U.S. Attorney

s \ *Emil J. Kiehne*
EMIL J. KIEHNE
Assistant U.S. Attorney
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
emil.kiehne@usdoj.gov

<u>CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION</u>

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on June 1, 2026. I ALSO CERTIFY that Amanda Skinner, attorney for Defendant/Appellee Komiljon Toirov, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system.

*s \ Emil J. Kiehne*
EMIL J. KIEHNE
Assistant United States Attorney