UNITED STATES OF AMERICA,
          Plaintiff-Appellant,

v.                                      No.   26-2017

KOMILJON TOIROV,
          Defendant-Appellee.

### **UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Under 10th Cir. R. 27.5, Appellant, the United States of America respectfully requests a second 30-day extension of time, or until Thursday, August 6, 2026, to file its answer brief. The reasons for this motion are as follows:

1.      The United States's opening brief is presently due Tuesday, July 7, 2026. The United States has previously obtained one extension of time in this matter.

2.      This case is assigned to Assistant United States Attorney Emil Kiehne. Despite the exercise of due diligence, AUSA Kiehne will need additional time to adequately research and draft the government's opening brief. AUSA Kiehne's other professional responsibilities since the first extension was obtained have impeded preparation of the opening brief by the deadline:

      a.      Counsel has spent time working on a confidential investigation.

b.   Counsel reviewed the record, drafted the government's answer brief, and filed it on June 12, 2026, in *United States v. Camacho*, Tenth Cir. No. 25-2121.

c.   Counsel has reviewed the record, and drafted an answer brief, in *United States v. Barraza-Ramirez*, Tenth Cir. No. 25-2147, which is due on July 10, 2026. The government has already obtained two extensions of time and thus assigned this case a higher priority. AUSA Kiehne believes this answer brief will be filed by this Friday, June 26, 2026.

d.   AUSA Kiehne will be on long-planned annual leave from Monday, June 29, 2026 through Friday, July 10, 2026.

3.   Defendant is not in detention but is being supervised by Immigration and Customs Enforcement.

4.   Amanda Skinner, attorney for Defendant/Appellee, has informed the United States that Defendant does not oppose this motion.

For the foregoing reasons, the United States respectfully requests that this Court extend the time by which it must file its opening brief for 30 days, or until Thursday, August 6, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant U.S. Attorney

*s \ Emil J. Kiehne*
EMIL J. KIEHNE
Assistant U.S. Attorney
201 3rd St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
emil.kiehne@usdoj.gov

## CERTIFICATE OF SERVICE AND DIGITAL SUBMISSION

I HEREBY CERTIFY that the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system on June 23, 2026. I ALSO CERTIFY that Amanda Skinner, attorney for Defendant/Appellee Komiljon Toirov, is a registered CM/ECF user, and that service will be accomplished by the appellate CM/ECF system.

*s\ Emil J. Kiehne*
EMIL J. KIEHNE
Assistant United States Attorney